(REDACTED)

FILED UNDER SEAL

EXHIBIT 3

# (REDACTED)

# FILED UNDER SEAL

EXHIBIT 4

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT 5

# (REDACTED)
# FILED UNDER SEAL

# EXHIBIT 6

(REDACTED)

FILED UNDER SEAL

EXHIBIT 7