Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Respondent. | Case No. 3:23-mc-80326-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR HOLDING DEPOSITION**<br><br>Civil L.R. 6-2 |
| This Document Relates to:<br><br>*Stark, et al. v. Patreon, Inc.*, Case No. 3:22-cv-03131-JCS | |

1  Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs") and Meta Platforms, Inc. ("Meta")

2  (together, "the Parties") agree and stipulate to extend the time to hold Meta's deposition, subject to

3  approval of the Court, and state as follows:

4  WHEREAS, on January 26, 2024, the Court granted in part Plaintiffs' Motion to Compel

5  (ECF No. 16), directing the Parties to agree within seven (7) days upon a consolidated deposition of

6  Meta in other Meta Pixel cases in which the Plaintiffs' lawyers serve as counsel;

7  WHEREAS, the current deadline for holding the deposition is February 15, 2024;

8  WHEREAS, on January 30 and February 1, the Parties conferred to discuss the parameters

9  of an agreement regarding a consolidated deposition and production of additional information,

10  including a sampling of class data, in three Meta Pixel cases proceeding in the Northern District of

11  California: *Stark v. Patreon,* No. 22-cv-03131-JCS (N.D. Cal.); *Jackson v. Fandom, Inc.*, 4:22-cv-

12  04423-JST-TSH (N.D. Cal.); and *Markels v. AARP*, No. 4:22-cv-05499-YGR (N.D. Cal.);

13  WHEREAS, Meta has agreed to search for and produce information related to the newly

14  added Plaintiffs in *Stark* and certain information to inform discussions of a sampling of class data;

15  WHEREAS, Plaintiffs' counsel also have discussed the consolidated deposition with

16  counsel for defendant in each case;

17  WHEREAS, although defendant Fandom is amenable to a consolidated deposition, its

18  counsel is not available by February 15 and has further requested that Meta complete its production

19  of information in response to Plaintiffs' subpoena prior to the deposition;

20  WHEREAS, defendant AARP requires additional time to consider the request to coordinate

21  as to a Meta deposition;

22  WHEREAS, an extension of time to hold the deposition would allow the Parties to

23  accommodate the schedule of Meta's witness;

24  WHEREAS, under Civil Local Rule 6-2(a)(2), no scheduling modification has yet occurred

25  in this case and extending the Parties' time to hold a deposition of Meta will not alter any other date

26  presently fixed by Court order nor unduly delay the proceedings;

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR HOLDING DEPOSITION
CASE NO. 3:23-MC-80326-JCS

1   WHEREAS, the Parties thus jointly request that the Court extend by 30 days the deadline

2   for holding a consolidated deposition of Meta's corporate designee.

3          NOW, THEREFORE, the Parties stipulate, and respectfully request the Court enter an

4   Order, continuing the deadline for holding the deposition of Meta to March 15, 2024.  A proposed

5   order is below.

6          **IT IS SO STIPULATED.**

7

8   Dated: February 5, 2024                    By: _/s/ Simon S. Grille_____
                                               Adam E. Polk (SBN 273000)
9                                              Simon Grille (SBN 294914)
                                               Reid Gaa (SBN 330141)
10                                             **GIRARD SHARP LLP**
11                                             601 California Street, Suite 1400
                                               San Francisco, CA 94108
12                                             Telephone: (415) 981-4800
                                               Facsimile: (415) 981-4846
13                                             apolk@girardsharp.com
                                               sgrille@girardsharp.com
14                                             rgaa@girardsharp.com

15
                                               *Attorneys for Plaintiffs*
16

17

18  Dated: February 5, 2024                    By: _/s/ Laurie Edelstein_____
                                               Laurie Edelstein (Bar No. 164466)
19                                             Paige Zielinski (Bar. No. 318639)
20                                             **JENNER & BLOCK LLP**
                                               455 Market Street, Suite 2100
21                                             San Francisco, California 94105
                                               Telephone: (628) 267-6800
22                                             ledelstein@jenner.com
                                               pzielinski@jenner.com
23
                                               *Attorney for Meta Platforms, Inc.*
24

25

26

27

28

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR HOLDING DEPOSITION
CASE NO. 3:23-MC-80326-JCS

**ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: February 5, 2024                    /s/ Simon S. Grille
                                           Simon Grille

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____        _____
                                      HON. JOSEPH C. SPERO
                                      UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR HOLDING DEPOSITION
CASE NO. 3:23-MC-80326-JCS