Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Respondent.<br><br>This Document Relates to:<br><br>*Stark, et al. v. Patreon, Inc.*, Case No. 3:22-cv-03131-JCS | Case No. 3:23-mc-80326-JCS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR HOLDING DEPOSITION**<br><br>Civil L.R. 6-2 |

1     Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs") and Meta Platforms, Inc. ("Meta")
2 (together, "the Parties") agree and stipulate to extend the time to hold Meta's deposition, subject to
3 approval of the Court, and state as follows:
4     WHEREAS, on January 26, 2024, the Court granted in part Plaintiffs' Motion to Compel
5 (ECF No. 16), directing the Parties to agree within seven (7) days upon a consolidated deposition of
6 Meta in other Meta Pixel cases in which the Plaintiffs' lawyers serve as counsel;
7     WHEREAS, the current deadline for holding the deposition is February 15, 2024;
8     WHEREAS, on January 30 and February 1, the Parties conferred to discuss the parameters
9 of an agreement regarding a consolidated deposition and production of additional information,
10 including a sampling of class data, in three Meta Pixel cases proceeding in the Northern District of
11 California: *Stark v. Patreon,* No. 22-cv-03131-JCS (N.D. Cal.); *Jackson v. Fandom, Inc.*, 4:22-cv-
12 04423-JST-TSH (N.D. Cal.); and *Markels v. AARP*, No. 4:22-cv-05499-YGR (N.D. Cal.);
13     WHEREAS, Meta has agreed to search for and produce information related to the newly
14 added Plaintiffs in *Stark* and certain information to inform discussions of a sampling of class data;
15     WHEREAS, Plaintiffs' counsel also have discussed the consolidated deposition with
16 counsel for defendant in each case;
17     WHEREAS, although defendant Fandom is amenable to a consolidated deposition, its
18 counsel is not available by February 15 and has further requested that Meta complete its production
19 of information in response to Plaintiffs' subpoena prior to the deposition;
20     WHEREAS, defendant AARP requires additional time to consider the request to coordinate
21 as to a Meta deposition;
22     WHEREAS, an extension of time to hold the deposition would allow the Parties to
23 accommodate the schedule of Meta's witness;
24     WHEREAS, under Civil Local Rule 6-2(a)(2), no scheduling modification has yet occurred
25 in this case and extending the Parties' time to hold a deposition of Meta will not alter any other date
26 presently fixed by Court order nor unduly delay the proceedings;
27

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR HOLDING DEPOSITION
CASE NO. 3:23-MC-80326-JCS

WHEREAS, the Parties thus jointly request that the Court extend by 30 days the deadline for holding a consolidated deposition of Meta's corporate designee.

NOW, THEREFORE, the Parties stipulate, and respectfully request the Court enter an Order, continuing the deadline for holding the deposition of Meta to March 15, 2024. A proposed order is below.

**IT IS SO STIPULATED.**

Dated: February 5, 2024

By: /s/ *Simon S. Grille*
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

Dated: February 5, 2024

By: /s/ *Laurie Edelstein*
Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar. No. 318639)
**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

*Attorney for Meta Platforms, Inc.*

**ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: February 5, 2024

/s/ Simon S. Grille
Simon Grille

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 6, 2024

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE