UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　Defendant. | Case No. 23-mc-80326-JCS<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 13 |

Plaintiffs filed an administrative motion to consider whether material designated as confidential by Meta and Patreon should be sealed. Pursuant to Civ. L. R. 79-5(f), a designating party seeking to maintain material under seal must, within seven days of the filing of such a motion, file a declaration establishing that the designated material is sealable. Meta complied with that rule, *see* dkt. no. 18, but Patreon did not. Accordingly, Patreon is ORDERED TO SHOW CAUSE why the material identified in Plaintiffs' administrative motion should not be unsealed. Within seven days, Patreon shall respond by either: 1) filing a statement that the material may be filed in the public record and need not be sealed; or 2) filing a declaration that meets the requirements of Rule 79-5(c)(1) as to the designated material.

**IT IS SO ORDERED.**

Dated: February 16, 2024

JOSEPH C. SPERO
United States Magistrate Judge