UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 23-mc-80326-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: Dkt. No. 13 |

Having considered Plaintiffs' January 22, 2024, Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion"), the Court hereby GRANTS the Motion in part and ORDERS that the following material that was designated as confidential by non-party Meta shall be sealed: Plaintiffs' Reply in Support of Motion to Compel Meta's Compliance with Plaintiffs' Subpoena: Page 1, lines 14-15; Page 2, lines 19-20; Page 4, line 20; Page 6, lines 11-16. The Motion is DENIED as to the material purportedly designated by Patreon as confidential on the basis that Patreon does not ask that it be sealed. *See* dkt. no. 25.

**IT IS SO ORDERED.**

Dated: February 26, 2024

                                                JOSEPH C. SPERO
                                                United States Magistrate Judge